IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANDRA NEWBILL, on behalf of
N. NEWBILL,                              :

    Plaintiff,                           :

vs.                                      :
                             CIVIL ACTION 08-0348-KD-M

MICHAEL J. ASTRUE,                       :
Commissioner of
Social Security,                         :

    Defendant.                           :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 19th day of March, 2009.

                                  s/ Kristi K. DuBose
                                KRISTI K. DuBOSE
                                UNITED STATES DISTRICT JUDGE